WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-08212-001-PCT-DMF |
| Plaintiff, | **ORDER** |
| v. | |
| Jessica Pearl Smith, | |
| Defendant. | |

Defendant appeared in court with counsel. The defendant requested a continuance of the detention hearing to obtain an intake assessment for placement at Crossroads in Phoenix, Arizona or other facility as designated by Pretrial Services. The request to continue the detention hearing is granted.

The Pretrial Services Officer is ordered to timely notify this Court of the defendant's intake assessment results, and if found acceptable, the date and time the facility will provide transportation from the Sandra Day O'Connor Courthouse for the defendant.

It is further ordered setting Detention Hearing to October 12, 2017 at 10:00 A.M. in Flagstaff, Arizona.

Dated this 12th day of September, 2017.

Honorable Eileen S. Willett
United States Magistrate Judge